ACCEPTED
03-15-00093-CV
6154774
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 12:04:53 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00093-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/21/2015 12:04:53 PM

JEFFREY D. KYLE
Clerk

**THE CITY OF HOUSTON, TEXAS**
*Appellant*,

**v.**

**KEN PAXTON, ATTORNEY GENERAL OF TEXAS,**
*Appellee*.

On Appeal from the 250th District Court of Travis County, Texas
The Honorable Stephen Yelenosky, Presiding

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), Appellee Ken Paxton, Attorney General of Texas, files this unopposed motion requesting the Court extend the time for filing Appellee's brief by twenty-nine days to August 21, 2015.

1.      The deadline to file Appellant's Brief is currently July 24, 2015.

2.      The Attorney General's undersigned counsel, Matthew R. Entsminger, seeks additional time to file his brief due to previously-scheduled professional commitments that predated the Court's setting of the Appellee deadline.  The undersigned is responsible for an extensive litigation docket.  In the days and weeks

prior to the briefing deadline and in addition to various other commitments in other cases, the undersigned was required to (1) respond to a petition in *Epic Systems Corporation v. Ken Paxton, Attorney General, State of Texas, and University of Texas MD Anderson Cancer Center*, Cause No. D-1-GN-15-002042, in the 126th District Court of Travis County, Texas; (2) respond to a petition and file a plea to the jurisdiction in *Aetna Life Insurance Company v. Ken Paxton, Attorney General of Texas*, Cause No. D-1-GN-15-002233, in the 200th District Court of Travis County, Texas, and (3) draft and file a response to a summary judgment motion, as well as prepare for and appear at a summary judgment hearing that occurred on July 15, in *Keller Independent School District v. Office of the Attorney General of the State of Texas*, Cause No. D-1-GN-14-004782, in the 126th District Court of Travis County, Texas.

3.      The Court has the authority to extend the time to file briefs under Texas Rules of Appellate Procedure 38.6.

4.      The parties agree to this motion.

5.      No previous extensions have been sought by Appellee.

6.      For the above reasons, Appellee Attorney General prays that this Court grant an extension of time to file Appellee's brief until August 21, 2015.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

2

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

KIMBERLY L. FUCHS
Chief, Open Records Litigation


*/s/Matthew R. Entsminger*
MATTHEW R. ENTSMINGER
State Bar No. 24059723
Assistant Attorney General
Open Records Litigation
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:   (512) 475-4151
Facsimile:    (512) 320-0167
matthew.entsminger@texasattorneygeneral.gov

ATTORNEYS FOR APPELLEE
KEN PAXTON, ATTORNEY GENERAL OF
TEXAS

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 21, 2015, I conferred by email with Mary Beth Stevenson, counsel for Appellant City of Houston, Texas, who stated she does not oppose this motion.

/s/ Matthew R. Entsminger
MATTHEW R. ENTSMINGER


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing First Unopposed Motion for Extension of Time to File Brief, has been served on July 21, 2015, on the following parties and/or counsel-of-record via e-service and e-mail:

Mary Beth Stevenson
State Bar No. 24072366
Assistant City Attorney
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone:  (832) 393-6491
Facsimile:   (832) 393-6259
marybeth.stevenson@houstontx.gov

ATTORNEY FOR APPELLANT

/s/ Matthew R. Entsminger
MATTHEW R. ENTSMINGER